UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN J. HARRISON | CIVIL ACTION |
| VERSUS | NO. 25-0198 |
| TIMOTHY HOOPER, ET AL. | SECTION "L" (2) |

**O R D E R**

Petitioner Allen J. Harrison filed a Motion to Stay and Hold in Abeyance seeking a stay and abeyance of his federal habeas corpus petition filed under 28 U.S.C. § 2254.[1] Harrison asserts that he recently filed for state court post-conviction review of his claims, which are:

(1) ineffective assistance of counsel;
(2) a claim of factual innocence.[2]

Harrison does not indicate whether the motion to stay is opposed by the State. A response from the State is required for the Court to properly address the motion. Accordingly,

**IT IS ORDERED** that the **Clerk of Court** serve, by certified mail, a copy of Allen J. Harrison's Petition for Writ of Habeas Corpus (ECF No. 5), a copy of Harrison's Motion to Stay and Hold in Abeyance (ECF No. 6), and this Order upon the Attorney General for the State of Louisiana and the District Attorney for St. Tammany Parish, Louisiana.

**IT IS FURTHER ORDERED** that, **on or before March 26, 2025**, the Respondent through the Louisiana Attorney General or the St. Tammany Parish District Attorney **SHALL** file a memorandum in response to Harrison's Motion to Stay and Hold in Abeyance (ECF No. 6)

---

[1] ECF No. 6.
[2] *Id*. ¶1, at 1.

indicating whether the stay is opposed and if so, provide supporting reasons why the stay should be denied. The motion will be taken under submission when the State's response is received.

New Orleans, Louisiana this 6th day of March, 2025.

_____
**DONNA PHILLIPS CURRAULT**
**UNITED STATES MAGISTRATE JUDGE**