UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALLEN HARRISON,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 25-cv-0198** |
| | * | |
| **TIMOTHY HOOPER ET AL.,** | * | **SECTION "L" (2)** |
| **RESPONDENTS** | * | |

**MEMORANDUM IN RESPONSE TO PETITIONER'S
MOTION TO STAY AND HOLD IN ABEYANCE**

MAY IT PLEASE THE COURT:

Allen Harrison, an inmate at the Elayne Hunt Correctional Center, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 5). He has also filed a motion seeking a stay and abeyance of that petition while until such time as he has exhausted state court review of his claims (ECF No. 6).

The Court, on March 6, 2025, directed the district attorney to inform the Court whether it opposed the motion for stay and abeyance and to do so on or before March 26, 2025 (ECF No. 7).

The district attorney now informs the Court that it has no objection to Harrison's motion (ECF No. 6).

The district attorney, in addition, apologizes to the Court for this late response. Although the Court's order is dated March 6, 2025, it was not actually delivered until April 3, 2025. See and

compare ECF No. 7-1 (certified mail return receipt); with Exhibit 1 (USPS Tracking report for the number on the return receipt). In light of these circumstances, the district attorney asks the Court excuse the untimeliness of this pleading, filed April 4, 2025.

        Respectfully submitted,

        /s/ Matthew Caplan
        Matthew Caplan
        La. Bar No. 31650
        Assistant District Attorney
        22nd Judicial District
        701 N. Columbia Street
        Covington, LA 70433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

    Allen Harrison, # 487956
    Elayn Hunt Correctional Center
    P.O. Box 174
    St. Gabriel, LA 70776
    *Petitioner, pro se*.

This 4th day of April, 2025, Covington, Louisiana.

        /s/ Matthew Caplan
        Matthew Caplan
        La. Bar No. 31650
        Assistant District Attorney
        22nd Judicial District
        701 N. Columbia Street
        Covington, LA 70433