UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN J. HARRISON | CIVIL ACTION |
| VERSUS | NO. 25-0198 |
| TIMOTHY HOOPER, WARDEN | SECTION "L" (2) |

## ORDER AND REASONS

Petitioner Allen J. Harrison filed a Motion to Stay and Hold in Abeyance (ECF No. 6) seeking a stay and abeyance of his federal habeas corpus petition filed under 28 U.S.C. § 2254. Harrison asserts that he recently filed for state court post-conviction review of his claims, wherein he raised a claim of (1) ineffective assistance of counsel and (2) factual innocence.[1] As a result, he filed this federal petition in an effort to preserve the one-year filing requirement under 28 U.S.C. § 2244(a)(1)(D) as provided for in *Pace v. DiGuglielmo*, 544 U.S. 408, 417 (2005). On April 4, 2025, the State on behalf of Respondent filed a memorandum in response indicating that they do not oppose the grant of a stay in this matter.[2]

The Supreme Court has held that it may be appropriate for a federal district court to stay federal habeas corpus proceedings to allow a petitioner to present unexhausted claims to the state courts before completing federal review.[3] The Court also has permitted the filing of protective federal habeas corpus petitions and accompanying motions to stay to preserve the availability of federal review while a petitioner completes exhaustion.[4]

---

[1] ECF No. 6 at 1.
[2] ECF No. 10 at 1.
[3] *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005).
[4] *Pace v. DiGuglielmo*, 544 U.S. 408, 416-17 (2005).

As Harrison concedes, the timeliness of his petition is at issue here. He claims that he is currently exhausting state court review of his claims, which also may impact the application of the statute of limitations. The court, therefore, finds good cause to stay this matter. Accordingly,

**IT IS ORDERED** that Allen J. Harrison's Motion to Stay and Hold in Abeyance (ECF No. 6) is **GRANTED** and consideration of Harrison's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **STAYED**. The Clerk of Court is directed to **CLOSE** this case for administrative and statistical purposes.

**IT IS FURTHER ORDERED** that either Harrison or the Respondent through counsel of record may move to re-open this matter within sixty (60) days after conclusion of state court review disposing of Harrison's post-conviction claims asserted in this federal petition.

New Orleans, Louisiana, this __8th__ day of April, 2025.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE